UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 1:11-066 |
| | ) | |
| ANTONIO DONDRELL BELL | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Mukti Patel,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Mukti Patel** be granted leave of absence for the following period: **July 2, 2015 through July 13, 2015.**

This 25th day of June, 2015.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia